# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

**No. 201600404**

_____

### UNITED STATES OF AMERICA
Appellee

v.

### NICHOLAS R. FAIRBROTHER
Gunner's Mate First Class (E-6), U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Bethany L. Payton-O'Brien, JAGC, USN.
Convening Authority: Commanding Officer, Naval Air Station, Lemoore, CA.
Staff Judge Advocate's Recommendation: Lieutenant Commander Matthew S. Bailey, JAG, USN.
For Appellant: Lieutenant Kurt W. Siegal, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 21 September 2017

_____

Before HUTCHISON, FULTON, and SAYEGH, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court